UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEONARDO R. COIZEAU,<br>    Plaintiff(s),<br>v.<br>STEADFAST INSURANCE COMPANY,<br>    Defendant(s). | Case No.: 2:20-cv-00588-RFB-NJK<br><br>**Order**<br><br>[Docket No. 8] |

Plaintiff filed notice of Rule 26(f) conference. Docket No. 8. Discovery-related documents must be <u>served</u> on opposing counsel, not <u>filed</u> on the docket unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: April 23, 2020

                                                      Nancy J. Koppe<br>
                                                      United States Magistrate Judge