UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LEONARDO R. COIZEAU,

    Plaintiff(s),

v.

STEADFAST INSURANCE COMPANY,

    Defendant(s).

Case No.: 2:20-cv-00588-RFB-NJK

**ORDER**

[Docket No. 11]

    Pending before the Court is the parties' proposed discovery plan. Docket No. 11. The presumptively reasonable discovery period is 180 days measured from a Defendant's first appearance or answer. Local Rule 26-1(b)(1). In this case, the parties seek a much longer discovery period of more than nine months from the Rule 26(f) conference. *See* Docket No. 11 at 2. This request is supported by the unelaborated proposition that more time is necessary "[b]ased on review of the evidence by counsel and the expected delays due to the COVID-19 pandemic." *Id.* Such conclusory assertions are insufficient to justify the lengthy discovery period sought. Accordingly, the discovery plan is **DENIED** without prejudice. A further discovery plan must be filed by May 19, 2020.

    In addition, the Court has not located any answer—or other response from Defendant—to either the complaint or amended complaint. It appears such a response was not filed in state court prior to removal. *See* Docket No. 1 at 2. To the extent such filing was made in state court, Defendant is ordered to file copies in a notice in this Court by May 19, 2020. *See* 28 U.S.C. §

1

1447(b).  Moreover, it is not clear why an answer has not been filed after removal.  *See* Fed. R. Civ. P. 81(c)(2).  Counsel must promptly confer on whether an answer is overdue and, if so, how to rectify that situation.

IT IS SO ORDERED.

Dated: May 12, 2020

                                                                     _____
Nancy J. Koppe
United States Magistrate Judge