UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEONARDO R. COIZEAU,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>STEADFAST INSURANCE COMPANY,<br><br>　　　　Defendant(s). | Case No.: 2:20-cv-00588-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 13] |

Pending before the Court is the parties' amended proposed discovery plan. Docket No. 13. As the Court stated a few days ago, "[t]he presumptively reasonable discovery period is 180 days <u>measured from a Defendant's first appearance or answer</u>. Local Rule 26-1(b)(1)." Docket No. 12 (emphasis added). To that end, a discovery plan must identify the date the defendant first appeared and "the number of days required for discovery measured from that date." Local Rule 26-1(b)(1). Without explanation, the instant discovery plan measures the discovery period from date of the Rule 26(f) conference. Docket No. 13 at 2. Accordingly, the amended proposed discovery plan is **DENIED**. <u>Counsel must carefully review the governing local rules.</u> A second amended proposed discovery plan must be filed by May 19, 2020.

IT IS SO ORDERED.

Dated: May 14, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1