DANA JONATHON NITZ
NEVADA BAR NO. 50
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:   702.228.7717
Facsimile:    702.228.8824
Email:           dnitz@selmanlaw.com

Attorneys for Defendant STEADFAST INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEONARDO R. COIZEAU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY. a Foreign Corporation; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00588-RFB-NJK<br><br>**DEFENDANT STEADFAST INSURANCE COMPANY'S NOTICE OF CHANGE OF HANDLING ATTORNEY AND DISASSOCIATION OF COUNSEL** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, Defendant Steadfast Insurance Company (hereinafter "Defendant"), by and through its attorney of record, Selman Breitman LLP, hereby gives notice that Cyrus S. Whitaker, is no longer an attorney associated with Selman Breitman LLP and therefore no longer needs to receive notice related to this case. Selman Breitman LLP will continue to represent Defendant and requests that the handling attorney for Defendant be changed.  The handling attorney will be as follows:

Dana Jonathon Nitz, Esq.
Selman Breitman, LLP
3993 Howard Hughes Pkwy., Suite 200
Las Vegas, NV 89169
Telephone (702) 228-7717
Email: dnitz@selmanlaw.com

1

Defendant requests that all further correspondence, pleadings, notices or service for this case concerning this matter be served upon them.

Please remove Cyrus S. Whittaker from the service list.

DATED: December 11, 2020    SELMAN BREITMAN LLP

By: /s/ Dana Jonathon Nitz
DANA JONATHON NITZ
NEVADA BAR NO. 50
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Phone: 702.228.7717
Facsimile: 702.228.8824
Attorneys for Defendant STEADFAST INSURANCE COMPANY

IT IS SO ORDERED.
Dated: December 11, 2020
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2

6007 46645 4811-5569-8132 .v1